**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

L. GARY WRIGHT,

    Plaintiff,

vs.                                                          CASE NO. 4:08-CV-257-SPM

FMB BANKING CORPORATION,
a Florida corporation, and
FARMERS AND MERCHANTS BANK,
a Florida banking corporation,

    Defendants.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Pursuant to the "Plaintiff's Notice of Voluntary Dismissal Without Prejudice" (doc. 4) and Federal Rule of Civil Procedure 41, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed without prejudice.

2.    All pending motions are denied as moot.

**DONE AND ORDERED** this twenty-seventh day of June, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge